IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

ALEXANDER L. BAXTER                )
                                   )
v.                                 ) NO. 3:06-0010
                                   ) JUDGE CAMPBELL
ATU DIRECTOR BOBBY ALYWARD,        )
    et al.                         )


ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 22), dated May 10, 2006, to which no objections have been filed. The Court has reviewed the Magistrate Judge's findings and the record.

The Magistrate Judge's Report and Recommendation (Docket No. 22) is ADOPTED and APPROVED. Accordingly, Plaintiff's Motion for Partial Summary Judgment (Docket No. 16) is DENIED.

This case is set for trial by contemporaneous Order.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE